IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


DONALD GRIER,                  )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )          3:03cv70-T
                               )            (WO)
THOMAS F. BOSWELL, Sheriff,    )
                               )
        Defendant.             )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (Doc. No. 28) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. No. 27) is adopted.

(3) Defendant's motion for summary judgment (Doc. No. 10) is granted.

(4) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 26th day of April, 2004.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE